# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RHONDA L. LEVAY,

     Plaintiff,

v.                                        Case No: 5:15-cv-425-Oc-30PRL

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

     Defendant.

_____

## ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #25) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of July, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record